IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JENNIFER L. LIBERTY,<br><br>      Plaintiff,<br><br>v.<br><br>CENTRAL IOWA HOSPITAL CORPORATON d/b/a IOWA HEALTH SYSTEMS – Iowa Methodist, Lutheran & Blank, et al., LUANN NUNN, WANDA MARSHALL, LUCINDA LEEPER, and SHERYLE SULLIVAN, individually and in their capacity as employees of CENTRAL IOWA HOSPITAL CORPORATION,<br><br>      Defendants. | NO.     11-220<br><br>**NOTICE OF REMOVAL** |

      Defendants, Central Iowa Hospital Corporation d/b/a Iowa Health Systems – Iowa Methodist, Lutheran & Blank, et al., Luann Nunn, Wanda Marshall, Lucinda Leeper, and Sheryle Sullivan, individually and in their capacity as employees of Central Iowa Hospital Corporation, hereby remove this action to the United States District Court for the Southern District of Iowa, Central Division, and in support of this removal state:

      1.      On February 7, 2011, Plaintiff filed this action in the Iowa District Court for Polk County, styled Jennifer L. Liberty v. Central Iowa Hospital Corporation d/b/a Iowa Health Systems – Iowa Methodist, Lutheran & Blank, et al., Luann Nunn, Wanda Marshall, Lucinda Leeper, and Sheryle Sullivan, individually and in their capacity as employees of Central Iowa Hospital Corporation, No. LACL121255.

1

2. On April 21, 2011, Defendants Central Iowa Hospital Corporation d/b/a Iowa Health Systems – Iowa Methodist, Lutheran & Blank, et al., Luann Nunn, Wanda Marshall, Lucinda Leeper, and Sheryle Sullivan were served with the Petition at Law. The Original Notice served on Defendants is attached as Exhibit A.

3. A copy of the Petition at Law is attached to this Notice of Removal as Exhibit B and by this reference is incorporated herein.

4. There have been no further proceedings in the Iowa District Court for Polk County in this case.

5. Among other claims, Plaintiff alleges that Defendants violated her rights under the Americans with Disabilities Act, 42 U.S.C. § 12102(2).

6. Because this Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331, removal is appropriate pursuant to 28 U.S.C. § 1441(a) and (b) without regard to the amount in controversy or the citizenship of the parties.

7. Defendants file this Notice within 30 days after service of the Petition at Law on Defendants.

8. Defendants have filed a copy of this Notice of Removal in the Iowa District Court for Polk County.

THEREFORE, Defendants Central Iowa Hospital Corporation d/b/a Iowa Health Systems – Iowa Methodist, Lutheran & Blank, et al., Luann Nunn, Wanda Marshall, Lucinda Leeper, and Sheryle Sullivan, individually and in their capacity as employees of Central Iowa Hospital Corporation, give notice that the above-entitled action is removed from the Iowa District Court for Polk County to this Court.

/s/Frank Harty
Frances M. Haas
Nyemaster, Goode, West,
    Hansell & O'Brien, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com
fmhaas@nyemaster.com

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served on the following non-CM/ECF participants on May 11, 2011, by depositing it in First-Class Mail, with postage prepaid:

Benjamin G. Humphrey
Hedberg & Boulton, P.C.
100 Court Avenue, Suite 425
Des Moines, IA  50309
Telephone:  515-288-4148
Facsimile:  515-288-4149
Email:  bhumphrey@hedberglaw.com
ATTORNEYS FOR PLAINTIFF

/s/ Frank Harty