IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JENNIFER L. LIBERTY,<br><br>　　　Plaintiff,<br><br>v.<br><br>CENTRAL IOWA HOSPITAL CORPORATION d/b/a IOWA HEALTH SYSTEMS—Iowa Methodist, Lutheran & Blank, et al., LUANN NUNN, WANDA MARSHALL, LUCINDA LEEPER, and SHERYLE SULLIVAN, individually and in their capacity as employees of CENTRAL IOWA HOSPITAL CORPORATION,<br><br>　　　Defendants. | NO. 11-CV-220-HDV<br><br><br><br>**PLAINTIFF'S STIPULATION TO DISMISS WITH PREJUDICE** |

COMES NOW Plaintiff Jennifer L. Liberty, through her undersigned counsel, hereby stipulate and agree that this action is dismissed in its entirety with prejudice, with all parties to bear their own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　**HEDBERG & BOULTON, P.C.**

　　　　　　　　　　　　　　　　　　/s/Benjamin G. Humphrey/s/
　　　　　　　　　　　　　　　　　　Benjamin G. Humphrey
　　　　　　　　　　　　　　　　　　100 Court Avenue, Suite 425
　　　　　　　　　　　　　　　　　　Des Moines, IA 50309
　　　　　　　　　　　　　　　　　　Telephone:　(515) 288-4148
　　　　　　　　　　　　　　　　　　Facsimile:　(515) 288-4149
　　　　　　　　　　　　　　　　　　Email: bhumphrey@hedberglaw.com

　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2012, a true copy of this Plaintiff's Responses to Defendant's First Request for Production of Documents was served via hand-delivery, upon counsel or record, addressed as follows:

>Frank B. Harty
>Frances M. Haas
>Nyemaster, Goode, West
>   Hansell & O'Brien, P.C.
>700 Walnut Street, Suite 1600
>Des Moines, Iowa 50309
>
>ATTORNEYS FOR DEFENDANTS

>**HEDBERG & BOULTON, P.C.**
>
>/s/Benjamin G. Humphrey/s/
>Benjamin G. Humphrey (AT0009977)
>100 Court Avenue, Suite 425
>Des Moines, IA 50309
>Telephone:    (515) 288-4148
>Facsimile:    (515) 288-4149
>Email:        bhumphrey@hedberglaw.com
>
>ATTORNEY FOR PLAINTIFF